# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-

ROBERT STEPHEN RYDER

Case Number: 5:09-cr-1-Oc-10GRJ

USM Number: 10532-171

Rick Carey, FPD
201 SW 2nd Street, Suite 102
Ocala, Florida 34475

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 through 6 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to comply with the Home Detention Program in violation of the Special Condition | April 2, 2009 |
| 2 | Failure to comply with the Home Detention Program in violation of the Special Condition | April 3, 2009 |
| 3 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | April 22, 2009 |
| 4 | Positive urinalysis for opiates in violation of Condition 7 of the Standard Conditions of Supervision | April 22, 2009 |
| 5 | Failure to comply with the Home Detention Program in violation of the Special Condition | May 2, 2009 |
| 6 | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision | May 2, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 25, 2009

*W. Terrell Hodges*

Wm. Terrell Hodges, United States District Judge

June 25, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case